## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BROCK AYERS,                     :

                   Plaintiff,        :

v.                          :     3:21-CV-1420
                               :     (JUDGE MARIANI)

THE PROCTER & GAMBLE PAPER    :
PRODUCTS COMPANY,          :

                  Defendant.     :

## ORDER

**AND NOW, THIS 29TH DAY OF SEPTEMBER, 2022,** Magistrate Judge Karoline Mehalchick having informed the Court that the above-captioned action has settled, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

_____
Robert D. Mariani
United States District Judge